**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
 KOBE BATTLE,

                                   Plaintiff,                        25 **CIVIL** 4169 (JPO)

          -v-                                              **<u>JUDGMENT</u>**

THE NYC DEPARTMENT OF
CORRECTIONS, et al.,

                                 Defendant.
---------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 27, 2026, Defendants' motions to dismiss are GRANTED, and Battle's claims are dismissed for failure to state a claim upon which relief can be granted. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Because the only remaining defendants on the docket-the State of New York and the New York City DOC-were dismissed pursuant to Eleventh Amendment immunity and the New York City Charter, Adams v. City of New York, 837 F. Supp. 2d 108, 115 n.1 (E.D.N.Y. 2011) ("Because DOC is a non-suable agency of the City, it must be dismissed as a defendant.") (ECF No. 6), Battle has no remaining claims.

**Dated:**  New York, New York

April 28, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
